IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02596-CMA-MEH

MATT WALCKER,

    Plaintiff,

v.

PERFORMANT RECOVERY, INC., a California corporation, f/k/a Diversified Collection Services, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

    The Stipulated Motion for Entry of Protective Order [filed October 24, 2012; docket #8] is **granted**. The Stipulated Protective Order is accepted and filed contemporaneously with this minute order.