IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02596-CMA-MEH

MATT WALCKER,

    Plaintiff,

v.

PERFORMANT RECOVERY, INC., a California corporation,
f/k/a DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

COME NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed. The parties expect this to happen by February 28, 2013.

Dated: February 11, 2013.

Respectfully Submitted,

| | |
|---|---|
| _s/ David M. Larson_____ | __s/ Steven J. Wienczkowski_____ |
| David M. Larson, Esq. | Steven J. Wienczkowski, Esq. |
| 88 Inverness Circle East, Suite I-101 | Adam L. Plotkin, PC |
| Englewood, CO 80112 | 621 17th Street, Suite 1800 |
| Telephone: (303) 799-6895 | Denver, CO 80293 |
| Attorney for Plaintiff | Telephone: (303) 296-3566 |
| | Attorney(s) for Defendant |