IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02596-CMA-MEH

MATT WALCKER,

      Plaintiff,

v.

PERFORMANT RECOVERY, INC., a California corporation, f/k/a Diversified Collection Services, Inc.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2013.**

      In light of the Notice of Settlement filed by the Plaintiff [docket #19], the Defendant's Motion to Maintain Confidential Designation of Information and Documents Pursuant to Protective Order [filed January 25, 2013; docket #16] is **denied without prejudice** as moot. The parties shall file dismissal papers with the Court on or before March 1, 2013.